**NEW ORLEANS IRON WORKS, IN-CORPORATED; Michael Stephen Howell, Plaintiffs–Appellants**

**v.**

**ORLEANS LEVEE DISTRICT; Marine Recovery and Salvage, Limited Liability Corporation; James P. Huey; George L. Carmouche; Douglas Scott Carmouche; Michael George Mayer; Joseph E. Farrell, Jr.; Francis O. Leckey; Resolve Marine Group; Ma-** **rine Solutions, Limited Liability Corporation; Edwin E. Reardon, Jr.; Pearl River Navigation, Incorporated, Defendants–Appellees.**

No. 10–30495.

United States Court of Appeals, Fifth Circuit.

June 7, 2011.

Louis Roy Koerner, Jr., Koerner Law Firm, Adam Stewart Lambert, Esq. New Orleans, LA, for Plaintiffs–Appellants.

Thomas P. Anzelmo, Sr., McCranie, Sistrunk, Anzelmo, Hardy, McDaniel & Welch, L.L.C., Metairie, LA, Kyle Paul Kirsch, Esq., McCranie, Sistrunk, Anzelmo, Hardy, McDaniel & Welch, L.L.C., Glenn B. Adams, Denia Sylve Aiyegbusi, Porteous, Hainkel & Johnson, L.L.P., Bradley Joseph Schlotterer, Sean Thomas McLaughlin, Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P., Russell Keith Jarrett, Esq., Attorney, Joseph Ignatius Giarrusso, III, Liskow & Lewis, P.L.C., New Orleans, LA, C. Berwick Duval, II, Duval, Funderburk, Sundbery, Lovell & Watkins, Houma, LA, Todd Gregory Crawford, Esq., Fowler Rodriguez Valdes–Fauli, Gulfport, MS, for Defendants–Appellees.

Before KING, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

We affirm the judgment of the district court essentially for the reasons given in the district court's Order and Reasons,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*New Orleans Iron Works, et al. v. Board of Commissioners of the Orleans Levee District, et al.,* No. 09–157, 2010 WL 1855867 (E.D.La. May 6, 2010).

AFFIRMED.